FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2011 AUG 30 PM 4:51
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

Richard H Hartman II
    Plaintiff

v.                              CIVIL FILE NO: 8:11-cv-1423-T-26EAJ

Valentine & Kebartas, Inc., et al.
    Defendants
_____/

## MOTION FOR LEAVE OF COURT TO SEEK DISCOVERY

Plaintiff Richard H. Hartman II respectfully moves this Court for leave of the Court to seek discovery, and states:

Plaintiff has been unsuccessful in his numerous attempts to persuade Defendant Valentine & Kebartas, Inc. ("Valentine") to comply with Local Rule 3.05, with regards to the completion of a bilateral Case Management Report, and to otherwise participate in this lawsuit at all.

On July 8, 2011, Plaintiff mailed a blank Case Management Report to Valentine, along with a request that Valentine forward the document to its attorney, so that the attorney would schedule a meeting with Plaintiff, but the request was ignored.

On August 8, 2011, after the Clerk's Default had been entered, Plaintiff telephoned Robert Handley, Manager for Valentine, and attempted to have a meeting of the parties at that time. Plaintiff informed Mr. Handley he was going to

be submitting interrogatories, requests for production and requests for admissions. Valentine acknowledged Plaintiff's intentions, but did not advise Plaintiff of its own intentions with regard to discovery.

During that same conversation, Plaintiff advised Valentine of the Clerk's Default, who replied, "We are going to turn it over to our insurance company. They will assign an attorney, who will get the court to give us more time."

On August 11, 2011, Plaintiff mailed a completed Case Management Report to Valentine, with a request that they sign the report and send it back, but that request too was ignored. Plaintiff also mailed Valentine Interrogatories, Request for Production and Request for Admissions at that time.

On August 19, 2011, Plaintiff contacted Mr. Handley/Valentine again, advised Valentine of the Default Judgment and attempted to get the Case Management Report completed and returned. Valentine's response was "Our insurance company is going to look into it and get the judgment set aside."

The Case Management Report was never sent back to Plaintiff. Moreover, Valentine has since failed to respond to any of Plaintiff's further attempts to communicate with it.

Valentine's refusal to comply with Local Rule 3.05 is prejudicial to Plaintiff in that Plaintiff is relying on discovery to determine the legal names and addresses of the other Defendants in order to have Summons served upon those Defendants. Plaintiff also seeks discovery for the purpose of litigating his claims against the

remaining defendants. Additionally, Plaintiff intends to seek post-judgment discovery in order to execute on the Judgment against Valentine.

Pursuant to Local Rule 3.05 (c)(2)(B), Plaintiff did not seek discovery until after his telephone meeting with Valentine took place on August 8, 2011. The fact that Valentine has refused to participate in the Case Management process is beyond Plaintiff's control, is extremely prejudicial to Plaintiff and violates Local Rule 3.05.

At this time, Plaintiff respectfully requests this Honorable Court permit him to seek discovery in this lawsuit, with regards to the discovery served upon Valentine on August 11, 2011, as well as any further discovery Plaintiff intends to seek.

WHEREFORE, Plaintiff Richard H. Hartman respectfully requests this Honorable Court grant this Motion, as well as any such further relief the Court deems just and appropriate under the circumstances.

Respectfully submitted on August 30, 2011

## LOCAL RULE 3.01(g) CERTIFICATION

Plaintiff Richard H. Hartman hereby certifies that he attempted to contact Defendant Valentine in a good faith effort to comply with Local Rule 3.01(g) with regards to the forgoing, however Valentine has repeatedly refused to return any of Plaintiff's communication attempts.

Richard H. Hartman, Plaintiff
12528 Shadow Ridge Blvd
Hudson, FL 34669
813-486-8287
rick@rickhartman.com