UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD H. HARTMAN II,

    Plaintiff,

v.                                    CASE NO: 8:11-cv-1423-T-26EAJ

VALENTINE & KEBARTAS, INC., *et al.*,

    Defendants.
    _____/

## **O R D E R**

Upon due consideration of the procedural history of this case, it is ordered and adjudged that Plaintiff's Motion for Leave of Court to Seek Discovery (Dkt. 14) is granted but only to the extent that Plaintiff shall be allowed to conduct discovery pursuant to Rule 69 of the Federal Rules of Civil Procedure with regard to the judgment entered in his favor against Valentine & Kebartas, Inc.

**DONE AND ORDERED** at Tampa, Florida, on August 31, 2011.

                              s/*Richard A. Lazzara*
                              **RICHARD A. LAZZARA**
                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record