DC 11
Rev. 1/09

WRIT OF EXECUTION

| United States District Court | Middle District of Florida |
|---|---|

TO THE MARSHAL OF: The Middle District of Florida

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Valentine & Kebartas, Inc.

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| Seventeen thousand dollars ($17,000.00) for damages | AND | Four hundred ten dollars ($410.00) in court costs |

in the United States District Court for the __Middle__ District of __Florida__, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Valentine & Kebartas, Inc.

and also the costs that may accrue under this writ.
  And that you have above listed moneys that the place and date listed below; and that you bring this writ with you.

| PLACE Sam M. Gibbons U.S. Courthouse | DISTRICT Middle District of Florida |
|---|---|
| CITY Tampa | DATE |

Witness the Honorable __Richard A Lazzara__
United States Judge

| DATE | CLERK OF COURT |
|---|---|
| 9-02-2011 | SHERYL L. LOESCH |
| | (BY) DEPUTY CLERK *Carrie Davis* |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|