FILED

11 SEP 12 PM 3: 57

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Richard H Hartman II
    Plaintiff

v.      CIVIL FILE NO: 8:11-cv-1423-T-26EAJ

Valentine & Kebartas, Inc., et al.
    Defendants
_____/

## PLAINTIFF'S MOTION FOR RENEWED WRIT OF EXECUTION AND BREAK ORDER

Plaintiff/Judgment Creditor Richard H. Hartman II states that on August 19, 2011, this Honorable Court entered a Final Default Judgment (Dkt 11) in his favor and against Defendant/Judgment Debtor Valentine & Kebartas, Inc., in the amount of $17,000.00 plus court costs of $410.00. On September 2, 2011, the Court issued a Writ of Execution (Dkt 16). A copy of the Writ is attached as Exhibit "A."

When Plaintiff obtained the original Writ of Execution, he did not include language in the original Writ of Execution authorizing, entitling and directing the U.S. Marshal to use reasonable force if necessary and break and enter upon the commercial premises of Judgment Debtor Valentine & Kebartas, Inc., for the purpose of seizing and levying on the Judgment Debtor's business property in order to satisfy the outstanding Judgment rendered in this action on August 19, 2011. Plaintiff also did not include language referencing the Instruction for Levy (attached hereto as Exhibit "B"). The U.S. Marshal has informed Plaintiff that such language is necessary for it to enforce the pending Writ of Execution.

To date, Plaintiff has been unable to recover any of the awarded Judgment. Accordingly, Plaintiff/Judgment Creditor Richard H. Hartman hereby moves this Honorable Court to issue a Renewed Writ of Execution and Break Order against Defendant/Judgment Debtor Valentine & Kebartas, Inc., which includes the specific language required by the U.S. Marshal for the Middle District of Florida, for the purpose of allowing Plaintiff to satisfy the outstanding balance of the Judgment referenced herein.

A copy of the proposed Renewed Writ of Execution and Break Order is attached hereto as Exhibit "C."

WHEREFORE, Plaintiff Richard H. Hartman II respectfully requests that this Honorable Court grant the foregoing Motion.

Respectfully Submitted September 12, 2011

Richard H. Hartman, Plaintiff
12528 Shadow Ridge Blvd
Hudson, FL 34669
813-486-8287
rick@rickhartman.com

# EXHIBIT "A"

DC 11
Rev. 1/09

# WRIT OF EXECUTION

| United States District Court | Middle District of Florida |

TO THE MARSHAL OF: The Middle District of Florida

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Valentine & Kebartas, Inc.

8:11cv 1423-T26EAJ

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
| Seventeen thousand dollars ($17,000.00) for damages | AND | Four hundred ten dollars ($410.00) in court costs |

in the United States District Court for the __Middle__ District of __Florida__, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Valentine & Kebartas, Inc.

and also the costs that may accrue under this writ.
 And that you have above listed moneys that the place and date listed below; and that you bring this writ with you.

| PLACE Sam M. Gibbons U.S. Courthouse | DISTRICT Middle District of Florida |
| CITY Tampa | DATE |

Witness the Honorable __Richard A Lazzara__
United States Judge

| DATE 9-02-2011 | CLERK OF COURT SHERYL L. LOESCH |
| | (BY) DEPUTY CLERK Carrie Davis |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |

# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Richard H Hartman II
    Plaintiff

v.                                  CIVIL FILE NO: 8:11-cv-1423-T-26EAJ

Valentine & Kebartas, Inc., et al.
    Defendants
_____/

## INSTRUCTION FOR LEVY

TO THE UNITED STATES MARSHAL
FOR THE MIDDLE DISTRICT OF FLORIDA:

Dear Sir,

    In the matter of an execution for money, issued out of the United States District Court for the Middle District of Florida, Tampa Division, in the above styled case, pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Florida Statute 30.30, you are hereby instructed to levy upon the following described property of the Defendant:

## DESCRIPTION OF PROPERTY

Computer Equipment; including, but not limited to computers, monitors, keyboards, mice, cables, speakers, miscellaneous computer accessories.

Telephone Equipment; including, but not limited to telephones, headsets, automated dialing systems, telephone recording devices, telephone cords and cables.

Other electronic equipment; including, but not limited to photocopying machines, facsimile machines, printers and overhead projectors.

<u>Audio and video equipment</u>; including, but not limited to televisions and stereo equipment.

<u>Office furniture</u>; including, but not limited to desks, chairs, work-stations, partitions, cubical dividers, tables, sofas, credenzas, shelves, filing cabinets, storage cabinets, etc.

<u>Appliances</u>: including, but not limited to refrigerators, microwave ovens, etc.

Name of Party on which levy is to be made:   Valentine & Kebartas, Inc.

Amount due, Rate of Interest & Interest Date:   $17,410.00, 6% interest from 8/19/2011

Publish immediately after levy in:   St. Petersburg Times

Current address of Defendant:   3611 1st Street East, Suite 720, Bradenton, FL 34208

It is expressly understood that you, as United States Marshal for the Middle District of Florida, pursuant to Florida Statute 30.30, in attempting to execute any writ or when acting upon the above instructions, be held harmless for making a wrongful levy, and further be held harmless against any liability for loss or damage that might be sustained by anyone whosoever by reason of levying upon the above described property and further, indemnify the United States Marshals Office for any cost, or other expenses, including reasonable attorney's fees, and should the property for any reason not be sold, or if upon sale should not produce sufficient money to pay said costs and fees.

9/12/2011        _Richard H. Hartman II, Plaintiff_        813-486-8287
Date              Richard H. Hartman II, Plaintiff          Telephone No.

# EXHIBIT "C"

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Richard H Hartman II
    Plaintiff

v.                                  CIVIL FILE NO: 8:11-cv-1423-T-26EAJ

Valentine & Kebartas, Inc., et al.
    Defendants
_____/

## WRIT OF EXECUTION AND BREAK ORDER

THE STATE OF FLORIDA

To the United States Marshal of The Middle District of Florida:

**YOU ARE HEREBY COMMANDED**, authorized, entitled and directed to levy upon the property subject to execution of VALENTINE & KEBARTAS, INC., as specified in the attached Instruction for Levy, in the sum of $17,410.00, with interest at the statutory rate of 6.0% per annum from August 19, 2011 until paid, and also the costs that accrue under this writ, and to have this writ before the Court when satisfied.

**YOU ARE FURTHER COMMANDED**, authorized, entitled and directed to use reasonable force if necessary and break and enter upon the commercial premises of the Defendant/Judgment Debtor VALENTINE & KEBARTAS, INC., for the purpose of seizing and levying on the Judgment Debtor's property, as specified in the attached Instruction for Levy, to satisfy the outstanding Judgment rendered in this action on August 19, 2011.

      DATED on this _____ day of September, 2011

                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**