## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Richard H Hartman II
    Plaintiff

v.                               CIVIL FILE NO: 8:11-cv-1423-T-26EAJ

Valentine & Kebartas, Inc., et al.
    Defendants
_____/

### WRIT OF EXECUTION AND BREAK ORDER

THE STATE OF FLORIDA

To the United States Marshal of The Middle District of Florida:

**YOU ARE HEREBY COMMANDED**, authorized, entitled and directed to levy upon the property subject to execution of VALENTINE & KEBARTAS, INC., as specified in the attached Instruction for Levy, in the sum of $17,410.00, with interest at the statutory rate of 6.0% per annum from August 19, 2011 until paid, and also the costs that accrue under this writ, and to have this writ before the Court when satisfied.

**YOU ARE FURTHER COMMANDED**, authorized, entitled and directed to use reasonable force if necessary and break and enter upon the commercial premises of the Defendant/Judgment Debtor VALENTINE & KEBARTAS, INC., for the purpose of seizing and levying on the Judgment Debtor's property, as specified in the attached Instruction for Levy, to satisfy the outstanding Judgment rendered in this action on August 19, 2011.

DATED on this ___ day of September, 2011

                                              RICHARD A. LAZZARA
                                              UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Richard H Hartman II
    Plaintiff

v.                       CIVIL FILE NO: 8:11-cv-1423-T-26EAJ

Valentine & Kebartas, Inc., et al.
    Defendants
_____/

## INSTRUCTION FOR LEVY

TO THE UNITED STATES MARSHAL
FOR THE MIDDLE DISTRICT OF FLORIDA:

Dear Sir,

    In the matter of an execution for money, issued out of the United States District Court for the Middle District of Florida, Tampa Division, in the above styled case, pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Florida Statute 30.30, you are hereby instructed to levy upon the following described property of the Defendant:

## DESCRIPTION OF PROPERTY

<u>Computer Equipment</u>; including, but not limited to computers, monitors, keyboards, mice, cables, speakers, miscellaneous computer accessories.

<u>Telephone Equipment</u>; including, but not limited to telephones, headsets, automated dialing systems, telephone recording devices, telephone cords and cables.

<u>Other electronic equipment</u>; including, but not limited to photocopying machines, facsimile machines, printers and overhead projectors.

<u>Audio and video equipment</u>; including, but not limited to televisions and stereo equipment.

<u>Office furniture</u>; including, but not limited to desks, chairs, work-stations, partitions, cubical dividers, tables, sofas, credenzas, shelves, filing cabinets, storage cabinets, etc.

<u>Appliances</u>: including, but not limited to refrigerators, microwave ovens, etc.

Name of Party on which levy is to be made:   Valentine & Kebartas, Inc.

Amount due, Rate of Interest & Interest Date:   $17,410.00, 6% interest from 8/19/2011

Publish immediately after levy in:   St. Petersburg Times

Current address of Defendant:   3611 1st Street East, Suite 720, Bradenton, FL 34208

It is expressly understood that you, as United States Marshal for the Middle District of Florida, pursuant to Florida Statute 30.30, in attempting to execute any writ or when acting upon the above instructions, be held harmless for making a wrongful levy, and further be held harmless against any liability for loss or damage that might be sustained by anyone whosoever by reason of levying upon the above described property and further, indemnify the United States Marshals Office for any cost, or other expenses, including reasonable attorney's fees, and should the property for any reason not be sold, or if upon sale should not produce sufficient money to pay said costs and fees.

9/12/2011   _____   813-486-8287
Date        Richard H. Hartman II, Plaintiff   Telephone No.