UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Richard H Hartman II
Plaintiff

v.     CIVIL FILE NO: 8:11-cv-1423-T-26EAJ

Valentine & Kebartas, Inc., et al.
Defendants
_____/

## MOTION FOR PLAINTIFF/JUDGMENT CREDITOR
## TO BE NAMED SUBSTITUTE CUSTODIAN

Plaintiff/Judgment Creditor Richard H. Hartman respectfully moves this Honorable Court for an Order naming him Substitute Custodian for the purpose of the U.S. Marshals Service levying upon Defendant/Judgment Debtor's property, and states:

### BACKGROUND

This Court rendered entered a Judgment against Defendant and in Plaintiff's favor on August 19, 2011 (Dkt. 11). The Judgment remained uncollected, thus, on September 19, 2011, the Court issued a Writ of Execution and Break Order (Dkt. 22).

Plaintiff/Judgment Creditor has met with the U.S. Marshals Office for the Middle District of Florida, which now informs Plaintiff that he must obtain an Order from this Honorable Court naming Plaintiff as Substitute Custodian for the purpose of the removal and storage of Defendant/Judgment Debtor's property prior to the serving of the Writ of Execution and levying of such property by the U.S. Marshal. Plaintiff has made all other arrangements for the levy, and has fulfilled all other requirements of the U.S. Marshal other than the Order requested in the instant Motion.

Wherefore, Plaintiff/Judgment Creditor respectfully requests this Honorable Court grant the forgoing Motion and provide a Court Order naming Richard H. Hartman II Substitute Custodian in accordance with the requirement of the U.S. Marshal.

Respectfully Submitted September 21, 2011

Richard H. Hartman, Plaintiff
12528 Shadow Ridge Blvd
Hudson, FL 34669
813-486-8287
rick@rickhartman.com