UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Richard H Hartman II
    Plaintiff

v.                                                    CIVIL FILE NO: 8:11-cv-1423-T-26EAJ

Valentine & Kebartas, Inc., et al.
    Defendants
_____/

## ORDER

Before the Court is Plaintiff's Motion for an Order naming him as Substitute Custodian for the purpose the levy of Defendant's property by the United States Marshal for the Middle District of Florida. Upon due consideration of the procedural history of this case, the Court will grant Plaintiff's motion. It is therefore,

**ORDERED** that Plaintiff Richard H. Hartman II is hereby named as Substitute Custodian and shall be responsible for the removal, transportation, storage and safekeeping of Defendant's property until the sale of such property; and it is further,

**ORDERED** that Plaintiff, Richard H. Hartman II, shall defend the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, against all claims and actions arising out of said substitute custody and, further, shall indemnify and hold harmless and be responsible to pay and satisfy all claims and judgments that might arise out of said substitute custody and shall be responsible and indemnify and hold harmless the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, for all attorneys' fees, costs,

expenses and disbursements incurred in defending against such claims or actions arising out of said substitute custody; and it is further,

**ORDERED** that the United States Marshal for the Middle District of Florida shall surrender the possession of the Defendant's property to the substitute custodian named herein upon executing the Writ of Execution in this action; and it is further

**ORDERED** that Richard H. Hartman II be, and is hereby, appointed the custodian of said property to retain the same in his custody for possession and safekeeping for the aforementioned compensation until levy and sale by the United States Marshal; and it is further

**ORDERED** that all United States Marshal's costs be paid prior to release of said property.

**DONE AND ORDERED** at Tampa, Florida on September 22, 2011.

---
RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of Record