UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD H. HARTMAN II,

    Plaintiff,

v.   CASE NO: 8:11-cv-1423-T-26EAJ

VALENTINE & KEBARTAS, INC., *et al.*,

    Defendants.
_____/

**O R D E R**

Upon due consideration of Plaintiff's Notice of Voluntary Dismissal, it is ordered and adjudged as follows:

1) This case is dismissed without prejudice as to Defendants Albright, Castello, Martin, and Palermo.

2) The Clerk is directed to close the case as to Defendant Valentine & Kebartas, Inc., inasmuch as a default final judgment has previously been entered against that Defendant.

3) The Court vacates its order entered September 8, 2011, at docket 20.

4) The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on October 12, 2011.

    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record