U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Richard H. Hartman, II | 8:11-cv-01423-T-26EAJ |
| DEFENDANT | TYPE OF PROCESS |
| Valentine & Kebartas, Inc. | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Valentine & Kebartas, Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3611 1st Street East, Suite 710, 720, & 730, Bradenton, Florida 34208

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Richard H. Hartman, II
12528 Shadow Ridge Blvd
Hudson, FL 34669

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please see attached Instruction for Levy. Wednesdays and Fridays, 10:00 A.M. - 5:00 P.M. are best days and times for service. Please provide Plaintiff with as much notice as possible, in order for Plaintiff to provide adequate notice to moving company.

Plaintiff, SSN [redacted] 4637

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 813-486-8287
DATE: 09/19/2011

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin: No. 1R
District to Serve: No. 1R
Date: 9/23/11

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 10/7/11   Time: 1130 pm

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits |
|---|---|---|---|---|
| 165.00 | 47.94 | | 212.94 | 2500.00 |

REMARKS: Plaintiff was paid funds @ site on date + time + cancelled seizure

PRINT 5 COPIES
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM 285
Rev. 12/80